# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEDREGON,<br><br>            Plaintiff,<br><br>     v.<br><br>CON-WAY FREIGHT, INC., a California Corporation; and DOES 1-25 inclusive,<br><br>            Defendants. | Case No. CV 13-06211 FFM<br><br>Assigned to Magistrate Judge Frederick F. Mumm<br><br>**[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE** |

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on September 5, 2014, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.  Each party shall bear its own fees and costs.

Dated: September 8, 2014                     /S/ FREDERICK F. MUMM
                                             Honorable Frederick F. Mumm
                                             United States Magistrate Judge